BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14MJ00188 SAB |
|---|---|
| Plaintiff, | CASE NO.  1:15MJ00040 BAM |
| v. | GOVERNMENT MOTION TO DISMISS AND ORDER |
| DENISE ROJAS ARELLANO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matters without prejudice for the following reason.

The defendant underlying state charge was dismissed.  It is also requested that the arrest warrants that issued herein be recalled.

Dated:  April 23, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

1

**O R D E R**

2       IT IS SO ORDERED that case 1:14-MJ-00188-SAB and  case 1:15-MJ000040-BAM are Order

3  Dismissed.   The Clerk of the Court is instructed to close both cases.  Warrants in both cases are also

4  Ordered RECALLED.

5

6  IT IS SO ORDERED.

7       Dated:   **April 27, 2015**                    /s/ *Barbara A. McAuliffe*

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28